FORM 8. Entry of Appearance                                                                 Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cardionet, LLC     v.     Mednet Healthcare Tech.

No. 15-2068

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Medtel 24, Inc.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant     ☐ Respondent or appellee

Name:             Paul K. Silverberg
Law Firm:         Silverberg & Weiss, P.A.
Address:          1290 Weston Road, Suite 218
City, State and Zip: Weston, FL 33326
Telephone:        954-384-0998
Fax #:            954-384-5390
E-mail address:   Notices@pkslegal.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3/24/1

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  10/9/2015            Signature of pro se or counsel

cc: _____

Reset Fields