NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARDIONET, LLC, BRAEMAR MANUFACTURING, LLC,**
*Plaintiffs-Appellees*

v.

**MEDNET HEALTHCARE TECHNOLOGIES, INC., RHYTHMWATCH LLC, AMI CARDIAC MONITORING, INC., HEARTCARE CORPORATION OF AMERICA, UNIVERSAL MEDICAL INC., UNIVERSAL MEDICAL LABORATORY, INC.,**
*Defendants*

**MEDTEL 24, INC.,**
*Defendant-Appellant*

---

2015-2068, 2016-1084

---

Appeals from the United States District Court for the Eastern District of Pennsylvania in No. 2:12-cv-02517-JS, Judge Juan R. Sanchez.

---

**ON MOTION**

---

Before LINN, *Circuit Judge.*

# O R D E R

MedTel24, Inc. ("MedTel") moves to stay the briefing schedule in this appeal pending the anticipated filing of appeals from related decisions of the district court. The appellees have not responded to the motion.

On October 2, 2015, the district court found MedTel in contempt of one paragraph of a consent judgment between the appellees and MedTel. In that order, the district court also "reserve[d] ruling on whether MedTel is also in contempt of" other paragraphs of the consent judgment and the appellees' request for damages. MedTel then filed this appeal.

On November 23, 2015, the district court issued an order as to contempt under the remaining relevant paragraphs of the consent judgment and ruled on the appellee's request for damages.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the briefing schedule is stayed for 60 days from the date of filing of this order.

(2) No later than 14 days from the date of filing of any further appeal from the underlying district court case, the parties are directed to inform this court how they believe this appeal should proceed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31